# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135973

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANGELO LAMAR TAYLOR,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135973
COA: 282305
Macomb CC: 2006-005537-FH;
              2007-000176-FC

_____/

      On order of the Court, the application for leave to appeal the January 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.

      KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

                                        Clerk

p0604